JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. WILLIAMS,<br><br>          Petitioner,<br><br>   v.<br><br>DOMINGO URIBE, Warden,<br><br>          Respondent. | Case No. CV 17-02016-JLS (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 27, 2017

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE